# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

RECEIVED
APR 2 6 2024
BY MAIL

MEGAN H. COWDEN,

    Plaintiff,

v.

No.: _____

UNITED STATES DEPARTMENT OF THE TREASURY,

INTERNAL REVENUE SERVICE,

    Defendants.

---

## COMPLAINT FOR JUDICIAL REVIEW OF AGENCY ACTION & FINAL DECISION

---

INTRODUCTION

1. Plaintiff Megan H. Cowden ("Plaintiff") brings this action against the United States Department of the Treasury and the Internal Revenue Service (collectively, "Defendants") for judicial review of a final agency action pursuant to the Administrative Procedure Act, 5 U.S.C. § 701 et seq. ("APA"). This action challenges Defendants'

denial of Plaintiff's application for the withdrawal of a Notice of Federal Tax Lien as arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.

JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 (federal question jurisdiction) and 1346 (United States as defendant), as well as under the APA, 5 U.S.C. § 702.

3. Venue is proper in this district under 28 U.S.C. § 1391(e) because Plaintiff resides here and the events or omissions giving rise to the claim occurred in this district.

PARTIES

4. Plaintiff MEGAN H. COWDEN is a resident of O'Fallon, Missouri.

5. Defendant UNITED STATES DEPARTMENT OF THE TREASURY is a federal agency.

6. Defendant INTERNAL REVENUE SERVICE is a bureau of the Department of the Treasury, involved in tax collection and enforcement actions against Plaintiff by and through its local franchise-like office and officers at Department of the Treasury Internal Revenue Service Small Business/Self-Employed Division 30 EAST SEVENTH STREET M/S 5900 ST PAUL, MN 55101

FACTUAL BACKGROUND

7. Plaintiff is contesting a Federal Tax Lien imposed by the IRS, alleging that the lien was improperly applied to her as she is not a "taxpayer" responsible for the debts in question under the definition applicable to the alleged tax liabilities. She submits this well within the limitations period to submit this judicial review request and seeking declaratory and injunctive relief related.

8. Despite multiple efforts to administratively resolve this issue, including a formal protest and request for reconsideration, Defendants issued a final determination denying Plaintiff's application for withdrawal of the lien.

9. Plaintiff asserts that the final determination was based on insufficient grounds, failing to consider crucial evidence and arguments and conflicting matters brought by Plaintiff, thus warranting review under the APA.

CLAIM FOR RELIEF

Violation of the Administrative Procedure Act (5 U.S.C. §§ 706(2)(A), (C))

10. Plaintiff re-alleges and incorporates by reference the allegations set forth in all preceding paragraphs.

11. Defendants' denial of Plaintiff's application for withdrawal of the Federal Tax Lien constitutes a final agency action within the meaning of 5 U.S.C. § 704.

12. Plaintiff alleges and suspects that the final agency action was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. Specifically, the decision failed to account for substantial evidence presented by Plaintiff demonstrating her status as an innocent owner and not a taxpayer liable for the assessed taxes.

13. Plaintiff submitted for Collection Due Process in full moving toward final agency determination and judicial review and the IRS local office has continued to remain silent thus far.  See Exhibit A and form IRS 12277 was also submitted.

14. Defendants failed to provide a reasoned explanation for their decision, contrary to the requirements of the APA, thereby denying Plaintiff due process and a fair opportunity to contest the alleged tax liabilities.  Furthermore despite and notwithstanding the fifth amendment right to the contrary they held the position of the Plaintiff to constitute agreement with their assertions and assessments or in the contrary to mean that she confessed the debt claimed against herself which she had no obligation presumed or otherwise to do.  See exhibit A.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests the following relief:

a. The Court declare that the final agency action denying the withdrawal of the Federal Tax Lien was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;

b. The Court vacate the final agency action and remand the matter to the agency for further proceedings consistent with the Court's findings;

c. Plaintiff waives recovery of her costs and attorney's fees pursuant to any applicable statute or authority and as no monetary relief is sought there is no exemption, immunity, or otherwise basis to find the parties adverse hereto protected from suit;

d. Grant such other relief as the Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff hereby waives any right to a jury trial for the claims presented in this complaint.

Respectfully submitted,

/s/x_____ 4/26/2024 . [L.S./SEAL]
Mrs./Ms. Megan Cowden
Regarding herself and MEGAN COWDEN [sic] &
as and for MEGAN COWDEN SOLE PROPRIETORSHIP [sic]